**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ABBVIE INC. and <br> ABBVIE BIOTECHNOLOGY LTD, <br><br> Plaintiffs, <br><br> v. <br><br> ALVOTECH HF., <br><br> Defendant. | Civil Action No. 1:21-cv-02258 <br> Civil Action No. 1:21-cv-02899 <br><br> Honorable John Z. Lee <br><br> Magistrate Judge M. David Weisman |

**DEFENDANT ALVOTECH HF.'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2 and the Protective Order entered by the Court in this case, Defendant Alvotech hf. ("Alvotech") moves for an Order permitting the filing under seal of the unredacted versions of Exhibits A, B, F, G, and I to Defendant Alvotech hf.'s Motion to Compel Discovery Responses.

Alvotech's exhibits contain responses to interrogatories and requests for production from Alvotech and Plaintiffs AbbVie Inc. and AbbVie Biotechnology Ltd ("AbbVie"), and correspondence regarding the same, designated by Alvotech or AbbVie as "Highly Confidential" under the model protective order or "Confidential" under the Stipulated Protective Order (C.A. No. 1:21-cv-02258, Dkt. 66; 1:21-cv-02899, Dkt. 56.) For this reason, Alvotech respectfully moves for leave to file Exhibits A, B, F, G, and I to Defendant Alvotech hf.'s Motion to Compel Discovery Responses under seal.

Date: October 29, 2021                    Respectfully submitted,

                                                      ALVOTECH HF.

By: */s/ Louis E. Fogel*
     Louis E. Fogel (# 6281404)
     **JENNER & BLOCK LLP**
     353 N. Clark St.
     Chicago, IL 60654
     Tel: 312-222-9350 / Fax: 312-527-7764
     Email: lfogel@jenner.com

     Jonathan Singer
     **FISH & RICHARDSON P.C.**
     12860 El Camino Real, Ste. 400
     San Diego, CA 92130
     Tel: 858-678-5070 / Fax: 858-678-5099
     Email: singer@fr.com

     Martina Tyreus Hufnal
     Douglas McCann
     **FISH & RICHARDSON P.C.**
     222 Delaware Ave, 17th Fl.
     Wilmington, DE 19801
     Tel: 302-652-5070 / Fax: 302-652-0607
     Email: tyreushufnal@fr.com;
     dmccann@fr.com

     *Attorneys for ALVOTECH HF*.

# **CERTIFICATE OF SERVICE**

I do hereby certify that true and correct copies of Exhibits A, B, F, G, and I were served by electronic mail to all counsel of record:

    Sean M. Berkowitz (ARDC No. 6209701)
    Brenda Danek (ARDC No. 6315056)
    sean.berkowitz@lw.com
    brenda.danek@lw.com
    LATHAM & WATKINS LLP
    330 North Wabash Avenue, Suite 2800
    Chicago, Illinois 60611
    Telephone: (312) 876-7700
    Facsimile: (312) 993-9767

    Michael A. Morin (ARDC No. 6229902)
    David P. Frazier (*pro hac vice*)
    Tara D. Elliott (*pro hac vice*)
    Ashley M. Fry (*pro hac vice*)
    michael.morin@lw.com
    david.frazier@lw.com
    tara.elliott@lw.com
    ashley.fry@lw.com
    LATHAM & WATKINS LLP
    555 Eleventh Street, N.W., Suite 1000
    Washington, D.C. 20004-1304
    Telephone: (202) 637-2200
    Facsimile: (202) 637-2201

    Arlene L. Chow (*pro hac vice*)
    Herman H. Yue (*pro hac vice*)
    arlene.chow@lw.com
    herman.yue@lw.com
    LATHAM & WATKINS LLP
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864

    Michael Seringhaus (*pro hac vice*)
    michael.seringhaus@lw.com
    LATHAM & WATKINS LLP
    140 Scott Drive
    Menlo Park, CA 94025
    Telephone: (650) 328-4600
    Facsimile: (650) 463-2600

Gabrielle LaHatte (*pro hac vice*)
gabrielle.lahatte@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

William B. Raich (*pro hac vice*)
Charles T. Collins-Chase (*pro hac vice*)
Kassandra M. Officer (*pro hac vice*)
william.raich@finnegan.com
charles.collins-chase@finnegan.com
kassandra.officer@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Oulu Wang (*pro hac vice*)
lulu.wang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
2 Seaport Lane
Boston, MA 02210
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

*Counsel for Plaintiffs AbbVie Inc.
and AbbVie Biotechnology Ltd*

                                                          */s/ Louis E. Fogel*
                                                      Louis E. Fogel