**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ABBVIE INC. and <br> ABBVIE BIOTECHNOLOGY LTD, <br><br> Plaintiffs, <br><br> v. <br><br> ALVOTECH HF., <br><br> Defendant. | ) ) Civil Action No. 1:21-cv-02258 <br> ) Civil Action No. 1:21-cv-02899 <br> ) <br> ) Honorable John Z. Lee <br> ) <br> ) Magistrate Judge M. David Weisman <br> ) ) ) ) ) |

**DEFENDANT ALVOTECH HF.'S AMENDED MOTION
FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rules 5.8 and 26.2 and the Protective Order entered by the Court in this case, Defendant Alvotech hf. ("Alvotech") moves for an Order permitting the filing under seal of the unredacted versions of Exhibits A, B, F, G, and I to the Declaration of Esha Bandyopadhyay in support of Defendant Alvotech hf.'s Motion to Compel Discovery Responses. In support of this Motion, Alvotech states as follows:

1. Pursuant to Local Patent Rule 1.4, "the protective order found in LPR Appendix B ["Model Order"] shall be deemed to be in effect as of the date for each party's Initial Disclosures."

2. Under the Model Order, "Highly Confidential" information is defined as information "that is current or future business or technical trade secrets and plans more sensitive or strategic than Confidential information, the disclosure of which is likely to significantly harm that person's competitive position, or the disclosure of which would contravene an obligation of confidentiality to a third-person or to a Court." (*Id*. at 2.c.)

3. On September 28, 2021, the Court entered the Parties' Stipulated Protective Order. (C.A. No. 1:21-cv-02258, Dkt. 66; 1:21-cv-02899, Dkt. 56.) According to the terms of the

Stipulated Protective Order, any court filing that "contains, describes, or discusses" discovery material a producing party designates as Confidential shall be filed under seal pursuant to Local Rule 26.2, the Court's CM/ECF procedures, and any other applicable rules or procedures.

    4. Under the terms of the Stipulated Protective Order, "Confidential" information is defined as "information or things that constitute, contain, reveal, or reflect trade secrets or other confidential research, development, business, or commercial information…including but not limited to … scientific [] information; [and] product information…" (Dkt. 66 at 2.)

    5. Exhibits A and B are Alvotech's August 2, 2021, responses to Plaintiffs AbbVie Inc. and AbbVie Biotechnology Ltd ("AbbVie") requests for production and interrogatories, respectively. These materials were designated by Alvotech as "Highly Confidential" under the model protective order and "Confidential" under 42 U.S.C. § 262(*l*)(1) because they contain information that reveals confidential research, business, and product information related to Alvotech's BLA No. 761205 that is the subject of this litigation.

    6. Exhibits F and G are AbbVie's September 24, 2021, responses to Alvotech's requests for production and interrogatories, respectively. These materials were designated by AbbVie as "Highly Confidential" under the model protective order, presumably because they contain information that reveals confidential research, business, and product information related to Humira and/or the asserted patents.

    7. Exhibit I is an October 5, 2021 letter from Alvotech to AbbVie that addresses certain deficiencies in AbbVie's discovery responses. This letter was designated by Alvotech as "Confidential" under the Stipulated Protective Order because it contains information that reveals confidential research, business, and product information related to Humira and/or the asserted patents.

For the foregoing reasons, Alvotech respectfully requests that the Court enter an order permitting Alvotech to file under seal, Exhibits A, B, F, G, and I (C.A. No. 1:21-cv-02258, Dkt. Nos. 78 through 82, respectively; 1:21-cv-02899, Dkt. Nos. 62 through 66, respectively) to the Declaration of Esha Bandyopadhyay in support of Defendant Alvotech hf.'s Motion to Compel Discovery Responses.

Date: November 2, 2021

Respectfully submitted,

ALVOTECH HF.

By: */s/ Louis E. Fogel*
Louis E. Fogel (# 6281404)
**JENNER & BLOCK LLP**
353 N. Clark St.
Chicago, IL 60654
Tel: 312-222-9350 / Fax: 312-527-7764
Email: lfogel@jenner.com

Jonathan Singer
**FISH & RICHARDSON P.C.**
12860 El Camino Real, Ste. 400
San Diego, CA 92130
Tel: 858-678-5070 / Fax: 858-678-5099
Email: singer@fr.com

Martina Tyreus Hufnal
Douglas McCann
**FISH & RICHARDSON P.C.**
222 Delaware Ave, 17th Fl.
Wilmington, DE 19801
Tel: 302-652-5070 / Fax: 302-652-0607
Email: tyreushufnal@fr.com;
dmccann@fr.com

*Attorneys for ALVOTECH HF.*

**CERTIFICATE OF SERVICE**

I do hereby certify that true and correct copies of Exhibits A, B, F, G, and I were served by electronic mail to all counsel of record:

    Sean M. Berkowitz (ARDC No. 6209701)
    Brenda Danek (ARDC No. 6315056)
    sean.berkowitz@lw.com
    brenda.danek@lw.com
    LATHAM & WATKINS LLP
    330 North Wabash Avenue, Suite 2800
    Chicago, Illinois 60611
    Telephone: (312) 876-7700
    Facsimile: (312) 993-9767

    Michael A. Morin (ARDC No. 6229902)
    David P. Frazier (*pro hac vice*)
    Tara D. Elliott (*pro hac vice*)
    Ashley M. Fry (*pro hac vice*)
    michael.morin@lw.com
    david.frazier@lw.com
    tara.elliott@lw.com
    ashley.fry@lw.com
    LATHAM & WATKINS LLP
    555 Eleventh Street, N.W., Suite 1000
    Washington, D.C. 20004-1304
    Telephone: (202) 637-2200
    Facsimile: (202) 637-2201

    Arlene L. Chow (*pro hac vice*)
    Herman H. Yue (*pro hac vice*)
    arlene.chow@lw.com
    herman.yue@lw.com
    LATHAM & WATKINS LLP
    1271 Avenue of the Americas
    New York, NY 10020
    Telephone: (212) 906-1200
    Facsimile: (212) 751-4864

    Michael Seringhaus (*pro hac vice*)
    michael.seringhaus@lw.com
    LATHAM & WATKINS LLP
    140 Scott Drive
    Menlo Park, CA 94025
    Telephone: (650) 328-4600

Facsimile: (650) 463-2600

Gabrielle LaHatte (*pro hac vice*)
gabrielle.lahatte@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

William B. Raich (*pro hac vice*)
Charles T. Collins-Chase (*pro hac vice*)
Kassandra M. Officer (*pro hac vice*)
william.raich@finnegan.com
charles.collins-chase@finnegan.com
kassandra.officer@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Oulu Wang (*pro hac vice*)
lulu.wang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
2 Seaport Lane
Boston, MA 02210
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

*Counsel for Plaintiffs AbbVie Inc.
and AbbVie Biotechnology Ltd*

                                                  */s/ Louis E. Fogel*
                                                      Louis E. Fogel