# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD, <br><br> Plaintiffs, <br><br> v. <br><br> ALVOTECH HF. <br><br> Defendant. | Case No. 1:21-cv-02258 <br> Case No. 1:21-cv-02899 <br><br> Hon. John Z. Lee <br><br> Magistrate Judge M. David Weisman |

## DECLARATION OF WILL ORLADY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY TEVA PHARMACEUTICALS USA, INC. TO PRODUCE DOCUMENTS AND THINGS IN RESPONSE TO SUBPOENA

I, Will Orlady, hereby declare as follows:

1. I am an attorney with the law firm of Latham & Watkins LLP, counsel for AbbVie Inc. and AbbVie Biotechnology Ltd in the above captioned matter. Except where stated on information and belief, the matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify to them.

2. Attached hereto as **Exhibit 1** is true and correct copy of an Alvotech Press Release titled, "Alvotech and Teva announce strategic partnership to collaborate in the U.S. biosimilar market," Aug. 5, 2020, as available at https://www.alvotech.com/newsroom/alvotech-and-teva-announce-strategicpartnership-to (last visited January 10, 2022).

3. Attached hereto as **Exhibit 2** is a true and correct copy of a confidential agreement, bearing bates numbers ALV6855924 – ALV6856076.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a Teva Pharmaceuticals Press Release titled, "Teva and Alvotech Announce Strategic Partnership to Collaborate in the

1

U.S. Biosimilar Market," Aug. 5, 2020, as available at https://www.tevapharm.com/news-and-media/latest-news/teva-and-alvotech-annoounce-strategic-partnership-to-collaborate-in-the-u.s.-biosimilar-market/ (last visited January 10, 2022).

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email from Will Orlady to Giancarlo Scaccia, dated November 19, 2021.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an email from Will Orlady to Giancarlo Scaccia, dated November 30, 2021.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a document produced by Teva Pharmaceuticals USA, Inc., bearing bates numbers TEVA_00000156 – TEVA_00000179.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a document produced by Teva Pharmaceuticals USA, Inc., bearing bates numbers TEVA_00002000 – TEVA_00002007.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a document produced by Teva Pharmaceuticals USA, Inc., bearing bates numbers TEVA_00000341 – TEVA_00000471.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a letter from Esha Bandyopadhyay to Kassandra Officer, dated August 31, 2021.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Plaintiff's Subpoena to Third-Party Teva Pharmaceuticals USA, Inc., to Produce Documents and Things, dated October 8, 2021.

12. Attached hereto as **Exhibit 11** is a true and correct copy of Teva Pharmaceuticals USA, Inc.'s Objections and Responses to Plaintiffs' Subpoena Duces Tecum and Subpoena Ad Testificandum, dated November 15, 2021.

13. Attached hereto as **Exhibit 12** is a true and correct copy of email correspondence between Giancarlo Scaccia and David Frazier, dated October 20, 2021.

14. Attached hereto as **Exhibit 13** is a true and correct copy of email correspondence between Giancarlo Scaccia and Will Orlady, dated November 22, 2021.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a document produced by Teva Pharmaceuticals USA, Inc., bearing bates numbers TEVA_00001440 – TEVA_00001446.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a document produced by Teva Pharmaceuticals USA, Inc., bearing bates numbers TEVA_00000022 – TEVA_00000031.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a document produced by Teva Pharmaceuticals USA, Inc., bearing bates numbers TEVA_00001447 – TEVA_00001448.

18. Attached hereto as **Exhibit 17** is a true and correct copy of a document produced by Teva Pharmaceuticals USA, Inc., bearing bates numbers TEVA_00000980 – TEVA_00000999.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by Alvotech Hf., bearing bates numbers ALV8134505 – ALV8134521.

20. Attached hereto as **Exhibit 19** is a true and correct copy of email correspondence between Giancarlo Scaccia and Will Orlady, dated December 21, 2021.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a document produced by Teva Pharmaceuticals USA, Inc., bearing bates numbers TEVA_00000076 - TEVA_00000095.

22. Attached hereto as **Exhibit 21** is a true and correct copy of a document produced by Teva Pharmaceuticals USA, Inc., bearing bates numbers TEVA_00000234 - TEVA_00000248.

23. Attached hereto as **Exhibit 22** is a true and correct copy of a document produced by Teva Pharmaceuticals USA, Inc., bearing bates numbers TEVA_00000329 - TEVA_00000332.

24. Attached hereto as **Exhibit 23** is a true and correct copy of a document produced by Alvotech Hf., bearing bates numbers ALV7961454 - ALV7961478.

25. Attached hereto as **Exhibit 24** is a true and correct copy of email correspondence between Giancarlo Scaccia and Will Orlady, dated December 9, 2021.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

Executed this 12th day of January, 2022 at Washington, District of Columbia.

Will Orlady
will.orlady@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

4