# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

AbbVie Inc., et al.

                              Plaintiff,

v.                                                       Case No.: 1:21−cv−02258

                                                               Honorable John Z. Lee

Alvotech hf.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 21, 2022:

      MINUTE entry before the Honorable M. David Weisman: Respondent Teva Pharmaceuticals, USA motion for leave to file under seal portions of Teva's opposition to plaintiffs' motion to compel and certain exhibits to the declaration of Giancarlo L. Scaccia [206] is granted. Mailed notice(ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.