# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

AbbVie Inc., et al.

                        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:21−cv−02258
　　　　　　　　　　　　　　　　　　　　　　Honorable John Z. Lee

Alvotech hf.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 21, 2022:

      MINUTE entry before the Honorable M. David Weisman: Having reviewed the parties' submissions, the Court does not believe oral argument is necessary on plaintiffs' motion to compel [[179]. Accordingly, the Court strikes the 1/24/22 hearing and will issue a decision as soon as reasonably possible. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.