IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD, )<br>)<br>Plaintiffs, )<br>)<br>)<br>)<br>v. )<br>)<br>ALVOTECH HF., )<br>)<br>Defendant. ) | No. 21-cv-2258<br>No. 21-cv-2899<br><br>Judge John Z. Lee |

## *Markman* Hearing Agenda

I.  Whether the Court needs to construe "a level of fluorescent activity no greater than 0.0144 RFU/sec"

   The Court will hear first from counsel for Abbvie, followed by counsel for Alvotech. Counsel for Abbvie will be permitted a brief reply.

II. Whether "no detectable level of fluorescent activity" is indefinite

   The Court will hear first from counsel for Alvotech, followed by counsel for Abbvie. Counsel for Alvotech will be permitted a brief reply.

III. Construction of "wherein the formulation does not comprise a buffering system"

   The Court will hear first from counsel for Abbvie, followed by counsel for Alvotech. Counsel for Abbvie will be permitted a brief reply.

IV. Construction of "an actuator to deploy the plunger spring"

   The Court will hear first from counsel for Alvotech, followed by counsel for Abbvie. Counsel for Alvotech will be permitted a brief reply.

V.  Construction of "an interlocking assembly in communication with the shroud, . . . having a first condition to maintain the shroud in the retracted position and a second condition to deploy the shroud spring and allow movement of the shroud toward the extended position"

   The Court will hear first from counsel for Alvotech, followed by counsel for Abbvie. Counsel for Alvotech will be permitted a brief reply.

ENTERED: 2/2/22

_____

John Z. Lee
United States District Court Judge