UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABBVIE INC. and ABBVIE BIOTECHNOLOGY LTD, <br><br> Plaintiff, <br><br> v. <br><br> ALVOTECH HF., <br><br> Defendant. | No. Case No. 1:21-cv-2258 <br> No. Case No. 1:21-cv-2899 <br><br> Hon. Judge John Z. Lee <br><br> Magistrate Judge M. David Weisman |

**UNOPPOSED MOTION FOR APPOINTMENT OF COMMISSIONERS, AND DIRECTION OF SUBMISSION OF HAGUE CONVENTION APPLICATION FOR AUTHORIZATION OF THE DULY APPOINTED COMMISSIONERS TO TAKE EVIDENCE PURSUANT TO ARTICLE 17 OF THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

Plaintiffs AbbVie Inc. and AbbVie Biotechnology Ltd (collectively "AbbVie") made reasonable, good-faith efforts to resolve the matter with Defendant Alvotech hf ("Alvotech"). Alvotech does not oppose this motion.

AbbVie hereby move the Court pursuant to Fed. R. Civ. P. 28(b)(2), for an entry of an order duly appointing as Commissioners the counsel for the Private Parties for the purpose of taking the voluntary testimony by oral examination under oath via videoconference in Switzerland of one (1) witness,[1] who either lives or works in Switzerland pursuant to Article 17 of the Hague Convention of 18 March 1970 on Taking Evidence Abroad in Civil or Commercial Matters (the "Hague Convention"). AbbVie have conferred with its Swiss counsel, James F.

---

[1] For avoidance of doubt, the witness at issue in this motion is Gudrun Bachmann, who AbbVie may call during the hearing.

1

Reardon, who has advised to use the procedures of Article 17 of the Hague Convention to facilitate the taking of evidence in Switzerland.

Article 17 of the Hague Convention provides that "[i]n a civil or commercial matter, a person duly appointed as a commissioner for the purpose may, without compulsion, take evidence in the territory of a Contracting State in aid of proceedings commenced in the courts of another Contracting State if – (a) a competent authority designated by the State where the evidence is to be taken has given its permission either generally or in the particular case; and (b) he complies with the conditions which the competent authority has specified in the permission. A Contracting State may declare that the evidence may be taken under this Article without its prior permission." Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil and Commercial Matters, Article 17, *available at* https://www.hcch.net/en/instruments/conventions/full- text/?cid=82. Therefore, pursuant to Article 17 of the Hague Convention, a U.S. court can appoint certain U.S. attorneys to take the voluntary testimony of a witness in Switzerland. Alvotech does not object to AbbVie's request for an order from this Court appointing counsel for the Parties as commissioners to take the voluntary testimony of a Swiss witness, Gudrun Bachmann.

Swiss law can prohibit the taking of evidence in Switzerland for purposes of a foreign civil proceeding absent compliance with treaties or international agreements. *See, e.g.*, *U.S. Embassy in Switzerland and Liechtenstein*, at https://ch.usembassy.gov/u-s-citizen-services/local-resources-of-u-s-citizens/living-in-ch/judicial-information/obtaining-evidence/ (last visited November 12, 2020). Indeed, the Swiss Penal Code provides that attorneys attempting to take a deposition or carry out other activities on behalf of a foreign state in Switzerland outside of these authorized methods are subject to arrest on criminal charges. *See, e.g.*, Article 271 of the Swiss Penal Code (https://www.admin.ch/opc/en/classified-

compilation/19370083/index.html). Thus, to comply with Swiss law, Respondents must comply with the Hague Convention in providing testimony in this matter. Both the United States and Switzerland are parties to the Hague Convention. Switzerland ratified the Hague Convention on November 2, 1994. *See* Hague Conf. on Private Int'l Law, *Status Table*, http://www.hcch.net/index_en.php?act=conventions.status&cid=82 (last updated April 2020).

AbbVie respectfully request that this Court issue an order appointing the following persons as commissioners pursuant to Article 17 of the Hague Convention of 18 March 1970 on Taking Evidence Abroad in Civil or Commercial Matters:

**Dr. James F. Reardon**, J.D., MLL Meyerlustenberger Lachenal Froriep SA, 65 Rue du Rhône, 1211 Genève 3, Switzerland, per the parties' joint request.

**Counsel at Finnegan, Henderson, Farabow, Garrett & Dunner, LLP for AbbVie** (located at 901 New York Ave. NW, Washington, DC 20001): Yieyie Yang, William B. Raich, Charles T. Collins-Chase, and Jennifer Roscetti.

**Counsel at Fish & Richardson P.C. for Alvotech** (located at 222 Delaware Ave, 17th Fl. Wilmington, DE 19801): Martina Tyreus-Hufnal, Douglas McCann, and Michael Kane.

Therefore, AbbVie seeks an order from this Court appointing the persons listed above as commissioners for the purpose of taking voluntary testimony by oral examination under oath either in person or remotely via videoconference in Switzerland. A proposed order is attached as Appendix A. The signed order will be filed together with the necessary application for authorization from the relevant Swiss authorities.

Dated: March 2, 2022            Respectfully submitted,

/s/ *Michael A. Morin*

Sean M. Berkowitz (ARDC No. 6209701)
Brenda Danek (ARDC No. 6315056)
sean.berkowitz@lw.com
brenda.danek@lw.com
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767


Michael A. Morin (ARDC No. 6229902)
David P. Frazier (*pro hac vice*)
Tara D. Elliott (*pro hac vice*)
Ashley M. Fry (*pro hac vice*)
Benjamin J. Behrendt (*pro hac vice*)
Will Orlady (*pro hac vice*)
michael.morin@lw.com
david.frazier@lw.com
tara.elliott@lw.com
ashley.fry@lw.com
benjamin.behrendt@lw.com
will.orlady@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Arlene L. Chow (*pro hac vice*)
Herman H. Yue (*pro hac vice*)
arlene.chow@lw.com
herman.yue@lw.com
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864


Michael Seringhaus (*pro hac vice*)
Eneda Hoxha (*pro hac vice*)
Linfong Tzeng (*pro hac vice*)
michael.seringhaus@lw.com
eneda.hoxha@lw.com
linfong.tzeng@lw.com

LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600


Gabrielle LaHatte (*pro hac vice*)
gabrielle.lahatte@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Yi Sun (*pro hac vice*)
yi.sun@lw.com
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450


William B. Raich (*pro hac vice*)
Charles T. Collins-Chase (*pro hac vice*)
Cecilia Sanabria (*pro hac vice*)
Jennifer Roscetti (*pro hac vice*)
Kassandra M. Officer (*pro hac vice*)
Yieyie Yang (*pro hac vice*)
Rachael Dippold (*pro hac vice*)
Sydney Kestle (*pro hac vice*)
william.raich@finnegan.com
charles.collins-chase@finnegan.com
cecilia.sanabria@finnegan.com
Jennifer.roscetti@finnegan.com
kassandra.officer@finnegan.com
yieyie.yang@finnegan.com
rachael.dippold@finnegan.com
sydney.kestle@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

5

Oulu Wang (*pro hac vice*)
lulu.wang@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
2 Seaport Lane
Boston, MA 02210
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

*Counsel for Plaintiffs AbbVie Inc.
and AbbVie Biotechnology Ltd*